NUMBER 13-03-214-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

________________________________________________________________


DEWBRE PETROLEUM CORPORATION , Appellant,



v.




BLUE CREEK RANCH CO., L.L.C. , Appellee.

_______________________________________________________________


On appeal from the 23rd District Court

of Wharton County, Texas.

_______________________________________________________________


MEMORANDUM OPINION

 

Before Chief Justice Yañez, Rodriguez and Garza

Opinion Per Curiam



 Appellant, DEWBRE PETROLEUM CORPORATION , perfected an appeal from an order entered by the 23rd District
Court of Wharton County, Texas, in cause number 36,561 . After the notice of appeal was filed, the parties filed a joint
motion to dismiss the appeal. In the motion, the parties state that they have reached a settlement agreement. The parties
request that this Court dismiss the appeal and that costs on appeal be taxed against the party incurring same.

 The Court, having considered the documents on file and the parties' joint motion to dismiss the appeal, is of the opinion
that the motion should be granted. The joint motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 17th day of July, 2003 .